UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FRANCIS FISHER, <br><br>    Petitioner, <br><br>  v. <br><br> STATE OF CALIFORNIA, <br><br>    Respondent. | Case No. 14-cv-02670-WHO (PR) <br><br> **ORDER OF TRANSFER** |

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Barger challenges a conviction he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 16, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV14-02670 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Dale Barger F85263
Wasco State Prison B-3-206L
P.O. Box 5500
Wasco, CA 93280

Dated: June 16, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk