UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GARY DALE BARGER, | 1:14 -cv-00946-LJO-MJS (HC) |
|---|---|
| Petitioner, | |
| v. | ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND TO PROCEED IN FORMA PAUPERIS |
| STATE OF CALIFORNIA, | |
| Respondent. | (Docs. 25-26) |

Petitioner has filed a motion to proceed in forma pauperis. (ECF No. 25.) The Court already authorized Petitioner to proceed in forma pauperis on June 18, 2014. (ECF No. 8.) The motion is therefore denied as moot.

Petitioner has also requested the appointment of counsel. (ECF No. 26.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

///

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel and request to proceed in forma pauperis are DENIED.

IT IS SO ORDERED.

Dated:   October 2, 2014                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE